1  Steven G. Rosales
   Attorney at Law: 222224
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-5491
   E-mail _steven.rosales@rohlfinglaw.com
5
   Attorneys for Plaintiff JUAN MACIAS
6

7
                    **UNITED STATES DISTRICT COURT**
8
                    **EASTERN DISTRICT OF CALIFORNIA**
9

10
   JUAN MACIAS,                    ) Case No.:  1:19-CV-01187 BAM
11                                 )
            Plaintiff,              ) STIPULATION TO EXTEND
12                                 ) BRIEFING SCHEDULE
       vs.                          )
13                                 )
   ANDREW SAUL, Commissioner of    )
14                                 )
   Social Security,                 )
15                                 )
            Defendant               )
16 _____)

17
       TO THE HONORABLE BARABARA A. McAULIFFE, MAGISTRATE
18
   JUDGE OF THE DISTRICT COURT:
19
       Plaintiff Juan Macias ("Plaintiff") and defendant Andrew Saul,
20
   Commissioner of Social Security ("Defendant"), through their undersigned counsel
21
   of record, hereby stipulate, subject to the approval of the Court, to extend the time
22
   for Plaintiff to file Plaintiff's Motion for Summary Judgment to May 22, 2020; and
23
   that Defendant shall have until June 22, 2020, to file any opposition.  Any reply by
24
   plaintiff will be due July 6, 2020.
25

26

1   This is Plaintiff's first extension and an extension of time is needed in order to properly address the issues within the administrative record in this matter and as a result of the current health crises which impacted Counsel with the school closings which required counsel to attend to his school age children.  Counsel sincerely apologizes to the court for any inconvenience this may have had upon it or its staff.

DATE: April 20, 2020          Respectfully submitted,

                              LAW OFFICES OF LAWRENCE D. ROHLFING

                              /s/ *Steven G. Rosales*
                              BY: _____
                              Steven G. Rosales
                              Attorney for plaintiff JUAN MACIAS

DATED:  April 20, 2020        MCGREGOR W. SCOTT
                              United States Attorney


                              */S/- Ellinor Coder

                              _____
                              Ellinor Coder
                              Special Assistant United States Attorney
                              Attorney for Defendant
                              [*Via email authorization]

**ORDER**

Pursuant to the parties' stipulation, and good cause appearing, the deadline for Plaintiff to file an Opening Brief is extended to May 22, 2020. Defendant's response to Plaintiff's Opening Brief shall be due on or before June 22, 2020, and Plaintiff's reply shall be due on or before July 6, 2020.

The parties are cautioned that further modifications of the Scheduling Order will not be granted absent a demonstrated showing of good cause. Fed. R. Civ. P. 16(b). Good cause may consist of the inability to comply with court orders in light of the COVID-19 pandemic. Any such future difficulties should be explained.

IT IS SO ORDERED.

Dated: **April 21, 2020**          /s/ *Barbara A. McAuliffe*
                                   UNITED STATES MAGISTRATE JUDGE