PHILLIP A. TALBERT
United States Attorney
PETER K. THOMPSON
Acting Regional Chief Counsel, Region IX
Social Security Administration
ELLINOR R. CODER, CSBN 258258
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (510) 970-4814
    Facsimile: (415) 744-0134
    E-Mail: Ellinor.Coder@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Juan A. Macias,<br><br>    Plaintiff,<br><br>vs.<br><br>Kilolo Kijakazi, Acting<br>Commissioner of Social Security,<br><br>    Defendant. | Case No. 1:19-cv-01187-BAM<br><br>JOINT MOTION AND |~~PROPOSED~~| ORDER FOR MODIFICATION OF BRIEFING SCHEDULE |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to submit a response to Plaintiff's Motion for Attorney Fees Pursuant to 42 U.S.C. § 406(b) is extended by thirty days (30) from April 14, 2022 to May 16, 2022.

    The Commissioner requests this extension because the amount of Plaintiff's past due benefits, to which Plaintiff has agreed to pay a percentage to Plaintiff's Counsel, is not yet finalized and may decrease due to offsets required by worker's compensation and/or state disability payments. The required information may not be available for at least 90 days, and depends in part

on Plaintiff's response to the Commissioner's request for information regarding prior payments that would offset Social Security benefits.  Therefore, the Commissioner cannot offer any analysis of Plaintiff's fee request, and specifically cannot comment upon whether the fee request meets the statutory cap on 406(b) fees.

                              Respectfully submitted,

Dated: April 14, 2022        PHILLIP A. TALBERT
                              United States Attorney
                              PETER K. THOMPSON
                              Acting Regional Chief Counsel, Region IX
                              Social Security Administration

                              By:  *Ellinor R. Coder*
                              Ellinor R Coder
                              Special Assistant United States Attorney
                              Attorneys for Defendant


                              LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC
                              BY: /s/ *Steven G. Rosales*\*
                              Steven G. Rosales
                              Attorney for plaintiff Juan A. Macias
                              *as authorized by email April 14, 2022

## ORDER

     Good cause appearing, the joint motion to continue the deadline for Defendant to submit a response to Plaintiff's Moton for Attorney Fees Pursuant to 42 U.S.C. § 406(b) is GRANTED.  Defendant's response to Plaintiff's motion shall be filed on or before May 16, 2022.  Any reply to the response shall be filed by May 30, 2022.

IT IS SO ORDERED.

   Dated:   **April 15, 2022**                      /s/ *Barbara A. McAuliffe*
                                                      UNITED STATES MAGISTRATE JUDGE